**Petition for Writ of Mandamus Denied and Memorandum Opinion filed September 14, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00626-CV

---

### IN RE REZA GANJINEH, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-72858**

---

## MEMORANDUM OPINION

On August 24, 2023, relator Reza Ganjineh filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Dedra Davis, presiding judge of the 270th District Court of Harris County, to set aside her July 24, 2023 ordering denying relator's motion to dismiss real party in interest's claims for want of prosecution.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We also deny relator's emergency motion to stay.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Poissant.